**Order entered September 23, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00691-CV

### IN RE RYAN GALLAGHER, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00049-2020**

## ORDER
Before Chief Justice Burns, Justice Myers, and Justice Evans

Based on the Court's opinion of this date, we **GRANT** real parties in interest's "Motion to Strike Vexatious Litigant Gallagher's Presumed Mandamus, or Alternatively, Strike Improper Briefing Pending Appeal" to the extent that we **DISMISS** relator's "Motion for Writ of Error and Turnover/Subpoena" for want of jurisdiction.


/s/    DAVID EVANS
       JUSTICE